Leslie H. Whipp, for appellant. Walter J. Miller and Walter J. Wenger, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Mamie E. Clark, appellee, v. George T. Miller, appellant. Gen. No. 31,034.

Action for balance due on money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Edward H. Morris and James B. Cashin, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Bickett Coal & Coke Company, appellant, v. Binkley Coal Company, appellee. Gen. No. 31,044.

Action for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Henry J. and Charles Aaron, for appellant; Franklin Raber, of counsel. Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

B. L. Rosset & Company, appellee, v. The Fair Artificial Ice Company, appellant. Gen. No. 31,053.

Action for services and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

James W. Casey and Harry G. Hershenson, for appellant. Carpenter & Grant, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Chicago Wood & Coal Company, appellee, v. City of Chicago, appellant. Gen. No. 31,063.

Petition for mandamus. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Francis X. Busch, Corporation Counsel, for appellant; Roy S. Gaskill, Daniel V. Gallery and W. Arnold Amberg, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Harry A. Pillman, appellant, v. Arthur R. Jones et al., trading as Continental Credit Trust, appellees. Gen. No. 31,073.

Action for conversion of bonds. Order denying motion to vacate judgment for defendants. Appeal from the Municipal Court of Chicago;

the Hon. Charles F. McKinley, Judge, presiding. Heard in the first divison of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 11, 1926.

Hauze & Hauze, for appellant. Culver, Andrews & King, for appellees.

* Mr. Justice Matchett delivered the opinion of the court.

---

Margaret Klosky Converse, appellee, v. Balaban & Katz Corporation, appellant. Gen. No. 31,106.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed. Opinion filed October 11, 1926.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. C. Helmer Johnson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Henry S. Blum, appellee, v. Public Life Insurance Company, appellant. Gen. No. 30,607.

Action for fees for legal services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926. Rehearing denied October 27, 1926.

William E. Rodriguez, for appellant; Hamlin K. Buchman and John M. Humphrey, of counsel. Roy D. Keehn, for appellee; Edward G. Woods, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

General Automotive Manufacturing Company, appellant, v. Harvey S. Pardee, appellee. Gen. No. 30,688.

General Automotive Manufacturing Company, appellant, v. Charles A. Pardee, appellee. Gen. No. 30,689.

General Automotive Corporation, appellant, v. Charles A. Pardee, appellee. Gen. No. 30,692.

General Automotive Corporation, appellant, v. Harvey S. Pardee, appellee. Gen. No. 30,693.

Action for money had and received. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed with a finding of fact and judgment here. Opinion filed October 13, 1926. Rehearing denied and opinion slightly modified November 18, 1926.

Zane, Morse & Norman, for appellants; Walter Wm. Pearson, of counsel. Paul O'Donnell, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Miller & Pardee, Inc., appellant, v. Charles A. Pardee, appellee. Gen. No. 30,690.

Action for money had and received. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for